**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY 2 5 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __3:05CR135-T__ |
| | ) | [18 USC 922(g)(3); |
| JEREMY TODD FISHER | ) | 21 USC 844(a)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 12, 2004, in Lee County, within the Middle District of Alabama,

**JEREMY TODD FISHER,**

defendant herein, then being an unlawful user of a controlled substance as defined in 21 USC § 802;

did knowingly possess in and affecting commerce, a firearm, to-wit: a Taurus, Ultralight .38 Special

Revolver, serial number SF38423, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2

On or about December 12, 2004, in Lee County, within the Middle District of Alabama,

**JEREMY TODD FISHER,**

defendant herein, did intentionally and knowingly possess 3,4-Methylenedioxymethamphetamine

commonly known as "ecstasy" and or "MDMA," a Schedule I Controlled Substance, in violation of

Title 21, United States Code, Section 844(a).

FORFEITURE ALLEGATION

A.      Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.      Upon conviction for the violation of Title 18, United States Code, Section 922(g)(3), as alleged in Count 1 of this indictment the defendant,

JEREMY TODD FISHER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

One Taurus, Ultralight .38 Special Revolver, Serial Number SF38423.

C.      If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred, sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or,

(5)    has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of Title 18, United States Code, Section 922(g)(3).

2

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney

3