# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

UNITED STATES OF AMERICA    )
                            )
    v                       )          CR. NO. 3:05CR135-T
                            )
JEREMY TODD FISHER          )
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Jeremy Todd Fisher_ , defendant in the above styled case, do hereby waive my

rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the court that

I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and

complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE
MY RIGHTS TO A SPEEDY TRIAL.


_June 3, 2005_                        _____
DATE                                 DEFENDANT


_June 3, 2005_                        _____
DATE                                 ATTORNEY FOR DEFENDANT