COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
DATE: 6-3-2005

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PRELIMINARY (EXAMINATION) (HEARING)
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT

Digital Recording 4:56 to 5:18 pm

PRESIDING MAG. JUDGE: DRB             DEPUTY CLERK: sql
CASE NO. 3:05CR135-T                  DEFT. NAME: Jeremy Todd FISHER
AUSA: Speirs                          DEFT. ATTY: Puzoni
                                      Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
                                      Appt.
PTSO: Martin
USPO:
Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES  Name: _____

- [x] Date of Arrest 6-2-05 or [ ] Arrest Rule 40
- [x] Deft. First Appearance. Advised of rights/charges. [ ] Prob/Sup Rel Violator
- [x] Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel
- [x] Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] ORDER appointing Community Defender Organization
- [ ] Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [x] [ ] Government's ORAL Motion for Detention Hearing [ ] to be followed by written motion;
      [x] Government's WRITTEN motion for Detention Hearing filed
- [ ] Detention Hearing [ ] held; [ ] set for _____ at _____
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] ORDER OF DETENTION PENDING TRIAL entered
- [ ] Release order entered. Deft advised of conditions of release
- [x] BOND EXECUTED (M/D AL charges) $ _____. Deft released
- [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] Bond not executed. Deft to remain in Marshal's custody
- [ ] Deft. ORDERED REMOVED to originating district
- [ ] Waiver of [ ] preliminary hearing; [ ] Waiver of Rule 40 Hearing
- [ ] Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [x] ARRAIGNMENT [x] HELD. Plea of NOT GUILTY entered. [ ] Set for _____
      DISCOVERY DISCLOSURE DATE: 6-8-05
- [ ] NOTICE to retained Criminal Defense Attorney handed to counsel
- [ ] Identity/Removal Hearing set for _____
- [ ] Waiver of Speedy Trial Act Rights executed