**COURTROOM DEPUTY'S MINUTES**  **DATE:** 8/8/05

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording:** 11:16 -11:17

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. DELORES R. BOYD**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr135-T   **DEFENDANT(S):** Jeremy Todd Fisher

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**    No Problems

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**    Possible Plea

☐ **TRIAL STATUS**    1 Day

☐ **REMARKS:**    Possible Proffer or Plea Agreement