# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
❏ Northern   ❏ Southern   ☑ Eastern

### COURTROOM DEPUTY MINUTES

**DATE:** 10/3/2005  **TIME/DIGITAL RECORDING:** 11:08 — 11:31 am

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.    **CRT RPTR:** Risa Entrekin

**CASE NO.** 3:05cr135-T    **USA vs.** Jeremy Todd FISHER

**DEFT ATTY:** ☑ Kevin Butler
☑ FD   ❏ CJA   ❏ Ret   ❏ Waived   ❏ Standing In   ❏ Retain Cnsl Ntc.
**COURT APPOINTS:**   ❏ FD   ❏ CJA   ❏ Deft. to Retain Counsel _____

**SUSA:** Speirs    **USPO/USPTS:** _____

**Interpreter Needed:** ❏ Yes  ☑ No  Name: _____

**LOCATION:**   ❏ ARREST: _____  ❏ LC  ❏ LO  ❏ LR  ❏ Kars 40

**HEARING** Held/Set:
❏ IA. Dft. Advised of Rights   ❏ DETENTION   ❏ PRLHRG
❏ RULE44HRG   ❏ BOND HRG   ❏ PROB/SUP REL VIOLATOR

❏ ARR   PLEA Entered:  ❏ Guilty  ❏ Not Guilty
Ptrl Cnf Set: _____   Disc DDL Set: _____

☑ CHGPLHRG/CONSENT PLEA Held   ❏ Set for _____

☑ Written PLEA AGREEMENT Filed/Executed   ❏ Oral Agreement

☑ GUILTY PLEA/Counts: 1

☑ COUNTS (DISM)/GVT 2   ❏ Oral Motion   ☑ At Sentencing

❏ TRIAL Set For: _____   SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**
❏ FINAFF   ❏ WVRPRLHRG.   ❏ WVRR40hrg
❏ WVINDICTMENT Executed & Filed   ❏ INFORMATION filed
☑ CONSENT TO PROCEED Executed
❏ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**
❏ DTNHRG   ❏ Written   ❏ Oral  /  ❏ Govt  ❏ Deft
Detention Hearing Set For: _____
❏ Other _____

**ORDERS:**
❏ BOND Executed $ _____
☑ Cont'd Bond Imposed: _____
❏ Conditions of Release. Defendant advised of conditions.
❏ Probable Cause. Defendant bound over to Grand Jury
❏ Remvldist _____  ❏ Rem Hrg. Set: _____
❏ Temporary Detention Pending Hearing   ❏ Pending Trial
❏ Seal _____
❏ Other _____

**COMMENTS:**