IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA       )
                               )
          v.                   )     CR. NO. 3:05cr135-T
                               )
JEREMY TODD FISHER             )

UNITED STATES' MOTION TO AMEND INDICTMENT
TO CORRECT MISNOMER OF FIREARM

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and respectfully files with the court its Motion to Amend Indictment to Correct Misnomer of Firearm, and states as follows:

1.   The defendant in this case was indicted on May 25, 2005, for violations of Title 18, United States Code, Section 922(g)(3) and Title 21, United States Code, Section 844(a). These violations related to Fisher's possession of a firearm while being an unlawful user of a controlled substance.

2.   Count 1 and the Forfeiture Allegation of the indictment identified the firearm as a "Taurus, Ultralight .38 Special Revolver, serial number SF38423."

3.   All of the above information is correct, except the serial number should read "SF38432" not "SF38423."

4.   Indictments may be amended to correct misnomers. United States v. Johnson, 741 F.2d 1338 (11th Cir. 1984).

5.    Based on the foregoing, the United States requests that the indictment, the Preliminary Order of Forfeiture entered November 4, 2005, and other documentation in this case, be amended to reflect the correct serial number, "SF38432."

6.    The United States attaches and files herewith a Proposed Amended Preliminary Order of Forfeiture.

Respectfully submitted this 15th day of December, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 15, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler** and **Verne H. Speirs**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J