IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )        3:05cr135-T
JEREMY TODD FISHER          )

                         ORDER

    It is ORDERED that defendant Jeremy Todd Fisher show

cause, if any there be, in writing by December 23, 2005,

as to why the government's motion to amend indictment to

correct misnomer of firearm (Doc. No. 26) should not be

granted.

    DONE, this the 16th day of December, 2005.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE