IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr135-MHT |
| **JEREMY TODD FISHER** | ) | |

<u>ORDER</u>

It is ORDERED that the sentencing, now set for January 17, 2006, is reset for January 26, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 11th day of January, 2006.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**