# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 26, 2006          AT      10:45      A.M./P.M.

DATE COMPLETED   JANUARY 26, 2006          AT      11:04      A.M./P.M.

UNITED STATES OF AMERICA         )
                                 )
    v                            )    Cr No. 3:05cr135-MHT
                                 )
JEREMY TODD FISHER               )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

10:45 a.m.    Sentencing hearing commenced.
              Terms of plea agreement were stated on the record; PO
              concurs; Court **accepts plea agreement**. Sentence
              recommendations heard; sentence imposed. **ORAL ORDER** during
              sentence imposition granting government's motion for
              reduction in criminal offense level. Court directs that
              amended forfeiture order be included as part of the
              judgment. Order entered releasing and continuing the
              defendant under the same conditions imposed by the
              Magistrate Judge on 6/3/05. Government's **oral motion** to
              dismiss count two of the indictment; **ORAL ORDER** granting
              oral motion to dismiss.
11:05 a.m.    Hearing concluded.