```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr135-T |
| | ) | |
| JEREMY TODD FISHER | ) | |

<u>MOTION TO ADD PUBLICATION AFFIDAVIT TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached Affidavit reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on January 19, 26 and February 2, 2006, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of February, 2006.

             FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY

             <u>/s/John T. Harmon</u>
             John T. Harmon
             Assistant United States Attorney
             Bar Number: 7068-II58J
             Office of the United States Attorney
             Middle District of Alabama
             One Court Square, Suite 201 (36104)
             Post Office Box 197
             Montgomery, Alabama 36101-0197
             Telephone:(334) 223-7280
             Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Motion to Add Publication Affidavit to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler** and **Verne H. Speirs.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J