IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr135-MHT |
| **JEREMY TODD FISHER** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to add publication affidavit to record (Doc. No. 36) is granted.

DONE, this the 23rd day of February, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**