IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr135-T |
| | ) | |
| JEREMY TODD FISHER | ) | |

<u>UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

On December 27, 2005, this Court entered an Amended Preliminary Order of Forfeiture ordering defendant to forfeit:

**One Taurus, Ultralight .38 Special Revolver, bearing serial number SF38432.**

Notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Amended Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the <u>Montgomery Independent</u> newspaper on January 19, 26 and February 2, 2006; and,

No petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

A proposed Final Order Of Forfeiture is filed herewith.

Respectfully submitted this 13th day of March, 2006.

                                FOR THE UNITED STATES ATTORNEY
                                      LEURA G. CANARY

                                /s/John T. Harmon
                                John T. Harmon
                                Assistant United States Attorney
                                Bar Number: 7068-II58J
                                Office of the United States Attorney
                                Middle District of Alabama
                                One Court Square, Suite 201 (36104)
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                Telephone:(334) 223-7280
                                Facsimile:(334) 223-7560
                                E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing Motion and Proposed Final Order Of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler** and **Verne H. Speirs.**

>  /s/John T. Harmon
>  John T. Harmon
>  Assistant United States Attorney
>  Office of the United States Attorney
>  Middle District of Alabama
>  One Court Square, Suite 201 (36104)
>  Post Office Box 197
>  Montgomery, Alabama 36101-0197
>  Telephone:(334) 223-7280
>  Facsimile:(334) 223-7560
>  E-mail: John.Harmon@usdoj.gov
>  Bar Number: 7068-II58J