IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr135-T |
| | ) | |
| JEREMY TODD FISHER | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on December 27, 2005, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendant to forfeit:

**One Taurus, Ultralight .38 Special Revolver, bearing serial number SF38432.**

That the United States caused to be published on January 19, 26 and February 2, 2006, in the Montgomery Independent newspaper, notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law and as specified in the Amended Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

That, no timely petition has been filed; and,

That, the Court finds that defendant Jeremy Todd Fisher had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). That the United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(3).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: **One Taurus, Ultralight .38 Special Revolver, bearing serial number SF38432** is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE