PROB 12C
(7/93)

# United States District Court

## for

RECEIVED

## Middle District of Alabama

2007 MAR 19 P 3: 39

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Todd Fisher                Case Number: 3:05cr135-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: January 26, 2006

Original Offense: Unlawful Possession of a Firearm

Original Sentence: 12 months and 1 day custody followed by a 3 year term of supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: January 24, 2007

Assistant U.S. Attorney:  Verne H. Speirs                Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **#1:** "The defendant shall not commit another federal, state or local crime." | On March 18, 2007, Fisher was arrested by the Columbus Police Department and charged with Aggravated Assault (2 counts). He became involved in a verbal altercation with Douglas Broadus and Robert Folk inside the Big City Club in Columbus, Georgia. The incident started when Fisher asked Folk to move out of the way (around the bar) and Folk refused. Fisher brandished a knife and stuck it up to the left side of Folk. Folk grabbed the knife hand of Fisher and punched him in the face in self-defense. At that time, Broadus, bouncer at the Big City Club, attempted to intervene and was stabbed in the hand by Fisher. |

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
    [X]    revoked.
    [ ]    extended for _ years, for a total term of _ years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2007

_____/s/ Donnelle Thompson_____
Donnelle Thompson
United States Probation Officer

PROB 12C
(7/93)

Reviewed and approved: ___/s/ David Ron Thweatt___
                          Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

_____
Date