UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05- cr-135-MHT |
| | ) | |
| JEREMY TODD FISHER | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama a supervised release violation petition against JEREMY TODD FISHER, now in custody of the Muscogee County Jail, Columbus, GA, and that said cause is set for an initial appearance before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Muscogee County Jail, Columbus, GA, commanding them to deliver said prisoner, JEREMY TODD FISHER, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 22nd day of March, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05- cr-135-MHT |
| | ) | |
| JEREMY TODD FISHER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

s/A. Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov