UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA ) 
) 
v. ) CR. NO. _3:05- cr-135-MHT__ 
) 
JEREMY TODD FISHER ) 

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed March 22, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Muscogee County Jail, Columbus, GA, commanding them to deliver the said prisoner, JEREMY TODD FISHER, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for initial appearance and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE