## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO: 3:05CR135-MHT |
| | ) | |
| JEREMY TODD FISHER        . | ) | |

## ORDER

On April 6, 2007, pursuant to Fed. R. Crim. P. 32.1, the court held a preliminary hearing on the *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 43, filed March 19, 2007). Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that a violation has been committed by the defendant. Accordingly, it is

ORDERED that the defendant is hereby bound over to District Judge, Myron H. Thompson, for the setting of an evidentiary hearing on the probation violation petition. It is further ORDERED that the defendant is remanded to the custody of the United States Marshal pending the hearing.

Done this 6th day of April, 2007..

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE