IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr135-MHT |
| JEREMY TODD FISHER | ) | |


<u>ORDER</u>

Pursuant to the revocation petition (Doc. 45) filed March 20, 2007, which has been

referred to the undersigned Judge for disposition, it is ORDERED that a Supervised Release

Revocation Hearing is scheduled for May 22, 2007, at 2:00 p.m., at the Frank M. Johnson,

Jr., United States Courthouse Complex,  Courtroom 2D, One Church Street, Montgomery,

Alabama.

DONE, this the 16th day of May, 2007.


/s/ Truman M. Hobbs
UNITED STATES DISTRICT JUDGE